EXHIBIT B

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| DENNIS LANCASTER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2023LA000615 |
| vs. | ) ) | CLASS ACTION |
| LEWIS AND CLARK COMMUNITY COLLEGE, | ) ) ) | DEMAND FOR JURY TRIAL |
| Defendant. | ) ) | |

### SUMMONS

To the defendant:   Lewis and Clark Community College

You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the Office of the clerk of this Court (located at 155 North Main Street, Edwardsville, IL 62025), within 30 days after service of this Summons, exclusive of the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

TO THE OFFICER:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after the day issued.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider.

Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.   If   you   need   additional   help   or   have   trouble   e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Christopher W. Byron, #6230810
411 St. Louis Street
P.O. Box 527
Edwardsville, IL  62025
cjp@bcpklaw.com
(618) 656-0600

WITNESS, _____4/20/2023_____, 2023.

/s/ Thomas McRae   /s/ Stacey Turner
(Clerk of the Court)

Date of Service:_____
(To be inserted by officer on copy left with defendant or other person)

Page **1** of **2**

| | |
|---|---|
| STATE OF _____ ) | Sheriff's Fees: Mileage:_____ |
| ) SS | Service:_____ |
| COUNTY OF _____ ) | Return:_____ |
| | TOTAL:_____ |

## SERVICE

I certify that I served this summons on defendant as follows:
(Check appropriate box, and complete information below.)

☐    (a)    (Individual defendants - personal)
By leaving a copy and a copy of the complaint with each individual defendant personally.

☐    (b)    (Individual defendants - abode)
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents and also sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

☐    (c)    (Corporation defendants)
By leaving a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

☐    (d)    (Other service)

☐    Defendant not found in my County.

Name of Defendant_____ Date of Service:_____

Name of Person
Summons Given To_____ Time:_____

Sex:_____ Race:_____ Approximate Age:_____ Date of Mailing:_____

Place of Service:_____ Notes, Other:_____

_____ Sheriff, by: _____Deputy.