# EXHIBIT C

```
              COURT DOCKET  -  MADISON COUNTY CIRCUIT CLERK                      PAGE 1
Case: 2023LA000615            LANCASTER DENNIS vs LEWIS AND CLARK COMMUN         DATE: 2023-06-02
Type: TORT - MONEY DAMAGES (OVER   Judge: RUTH DENNIS               Jury Trial:  J      TIME: 13.30.26
From: 00/00/0000 To: 99/99/9999 All Case Entries       First Date First View
Filed: 4/20/2023  Status: Open Case on 4/20/2023
            CASE PARTICIPANTS NAMES                          ATTORNEYS
            -----------------------                          ---------
PLA         LANCASTER DENNIS                                 BYRON CHRISTOPHER W
DEF         LEWIS AND CLARK COMMUNITY COLLEGE

DATE
----------
04/20/2023 CLASS ACTION COMPLAINT Plaintiff LANCASTER DENNIS
           Defendant LEWIS AND CLARK COMMUNITY COLL
04/20/2023 OTHER FILING DOCUMENT ENTRY OF APPEARANCE FILED BY
           Plaintiff LANCASTER DENNIS
04/20/2023 JURY DEMAND 12 PEOPLE-NOT NEW CASE Fee $212.50 FILED BY
           Plaintiff LANCASTER DENNIS
           Judge:RUTH DENNIS
04/20/2023 TORT - MONEY DAMAGES (OVER 50K) Fee $314.00 FILED BY
           Plaintiff LANCASTER DENNIS
04/20/2023 JURY DEMAND - FEES PREVIOUSLY PAID JURY DEMAND FILED BY
           Plaintiff LANCASTER DENNIS
04/20/2023 AFFIDAVIT FILED BY Plaintiff LANCASTER DENNIS
04/20/2023 JA Assignment Order HON. DENNIS RUTH S/STOBBS
           Document JAORDER.DOC Was Printed
04/20/2023 SUMMONS ISSUED & SENT TO P/A VIA EFILE ISSUED
           Defendant LEWIS AND CLARK COMMUNITY COLL
           Document SU30DAY.DOC Not Printed
05/09/2023 AFFIDAVIT OF SERVICE ON LEWIS & CLARK COMMUNITY COLLEGE ON 5/4/23 BY S
           FILED BY Plaintiff LANCASTER DENNIS
           PS L/W SUE KEENER (AUTHORIZED AGENT/EXECUTIVE SECRETARY)
```