IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS LANCASTER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LEWIS AND CLARK COMMUNITY COLLEGE, <br><br> Defendant. | Case No. 23-CV-01914-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal dated July 3, 2023 (Doc. 16), this action was **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:   July 5, 2023

                                          MONICA A. STUMP,
                                        Clerk of Court

                                        By:  s/ *Jackie Muckensturm*
                                                Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
                     STEPHEN P. McGLYNN
                     U.S. District Judge